THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
WINNER BOOZE & ZARCONE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059

*Attorneys for GEICO Advantage Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER PENA,<br><br>  Plaintiff,<br><br>vs.<br><br>GEICO ADVANTAGE INSRUANCE COMPANY; and DOES I-V and ROE CORPORATIONS VI-X, inclusive,<br><br>  Defendants. | CASE NO.: 2-21-cv-00263-JAD-VCF |

**ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFF'S EXTRA-CONTRACTUAL CAUSES OF ACTION**

IT IS HEREBY STIPULATED by and between all parties: Plaintiff ALEXANDER PENA by and through his counsel of record, JESSE SBAIH, and Defendant GEICO ADVANTAGE INSURANCE COMPANY, by and through its counsel of record, WINNER BOOZE & ZARCONE, that the hearing regarding Defendant GEICO ADVANTAGE INSURANCE COMPANY'S Motion for Partial Summary Judgment Pursuant to F.R.C.P. 56(c) on Plaintiff's Extra-Contractual Causes of Action, which is currently scheduled for February 15, 2022 at the hour of 2:30 p.m. be continued pursuant to the request of Plaintiff's counsel because he is out of the country until the end of the month and is unable to participate in the hearing. As such there is good cause to move the hearing so that all parties may participate in the proceedings. This matter shall now be heard on **March 8, 2022, at the hour of 11:00 a.m.**, or as

1  soon thereafter as counsel may be heard.

2  DATED this 14th day of February, 2022.                    DATED this 14th day of February, 2022.

3  WINNER BOOZE & ZARCONE                                     JESSE SBAIH & ASSOCIATES

5  */s/Lara L. Miller*                                        */s/Jesse M. Sbaih*
   THOMAS E. WINNER                                           JESSE M. SBAIH
6  Nevada Bar No. 5168                                        Nevada Bar No. 7898
   LARA L. MILLER                                             170 S. Green Valley Pkwy, Suite 280
7  Nevada Bar No. 12618                                       Las Vegas, Nevada 89012
   WINNER BOOZE & ZARCONE                                     *Attorneys for Plaintiff*
8  1117 South Rancho Drive
9  Las Vegas, Nevada 89102
   *Attorneys for GEICO*

## ORDER

IT IS SO ORDERED this 14th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE