# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ALEXANDER PENA,

        Plaintiff(s),

v.

GEICO ADVANTAGE INSURANCE COMPANY; and DOES I – V and ROE CORPORATIONS VI – X, inclusive,

        Defendant(s).

2:21-cv-00263-JAD-VCF

**ORDER**

The parties have reached a settlement agreement in this matter. (ECF No. 38).

Accordingly, and good cause appearing,

I ORDER that the following motions are DENIED as moot:

1. Defendant Geico Advantage Insurance Company's motion for protective order (ECF No. 26),

2. Plaintiff's motion to compel (ECF No. 31), and,

3. Motion to shorten time (ECF No. 32).

DATED this 28th day of April 2022.

                                                _____
                                                CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE