1  THOMAS E. WINNER
   Nevada Bar No. 5168
2  LARA L. MILLER
   Nevada Bar No. 12618
3  WINNER BOOZE & ZARCONE
   1117 South Rancho Drive
4  Las Vegas, Nevada 89102
   Phone (702) 243-7000
5  Facsimile (702) 243-7059

6  *Attorneys for GEICO Advantage Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER PENA,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; and DOES I-V and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | CASE NO.: 2-21-cv-00263-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 40 |

IT IS HEREBY STIPULATED by and between Jesse Sbaih of the law firm of Sbaih & Associates, attorneys for the Plaintiff, ALEXANDER PENA, and Thomas E. Winner and Lara L. Miller of the law firm of Winner, Booze & Zarcone, attorneys for Defendant, GEICO ADVANTAGE INSURANCE COMPANY that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

///
///
///
///
///
///

pena stip and order for dismissal_1.docx

1  IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above
2  referenced matter.

3  DATED this 24TH day of May, 2022.

WINNER BOOZE & ZARCONE

_____
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

DATED this 17th day of May, 2022.

SBAIH & ASSOCIATES

_____
Jesse M. Sbaih
Nevada Bar No. 7898
Ines Olevic-Saleh
Nevada Bar No. 11431
170 South Green Valley Parkway, Sutie 280
Henderson, Nevada 89012
Attorneys for Plaintiff

## ORDER

Based on the parties' stipulation **[ECF No. 40]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 25, 2022

Submitted by:

WINNER BOOZE & ZARCONE, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:21-cv-00263-JAD-VCF